# United States Bankruptcy Court
## Southern District of New York

In re   **1018 Morris Park Ave. Realty Inc.**                                    Case No.
                                          Debtor(s)                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 2, 2017**                    **/s/ Manuel B. Vidal Jr.**
                                            **Manuel B. Vidal Jr.**/**President**
                                            Signer/Title

```
APRIL HARVIN
C/O BURNS & HARRIS
233 BROADWAY - STE. 900
NEW YORK, NY 10279


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OP.
POST OFFICE BOX 7346
PHILADELPHIA, PA 19101


MIGUEL GARCIA
C/O MPGRETTY REALTY LLC
1018 MORRIS PARK AVE
BRONX, NY 10462


MPGRETTY REALTY LLC
C/O KIDONAKIS & CORONA PLLC
1350 AVE OF THE AMERICAS 4THFL
NEW YORK, NY 10019


NEW YORK STATE DEPT OF TAX.
BANKRUPTCY SECTION
PO BOX 4137
BINGHAMTON, NY 13902


NYC DEPARTMENT OF FINANCE
BANKRUPTCY UNIT
59 MAIDEN LANE STREET
NEW YORK, NY 10038
```