UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re                                                                      Chapter 11

1018 MORRIS PARK AVE. REALTY INC.,               Case No.  17-11524-shl

                        Debtor.

----------------------------------------------------------X

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

      Upon consideration of Application for Allowance of Interim Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing June 2, 2017, through November 5, 2018; and a hearing having been held before this court to consider the Application on December 13, 2018; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a) (7) and (c) (2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

      **ORDERED** that the Application is granted to the extent set forth in the attached Schedule A.

      Dated: December 18, 2018                  ***/s/ Sean H. Lane***

      New York, New York                United States Bankruptcy Judge

Case No: **17-11524**                                                                                          SCHEDULE A
Case Name: **1018 Morris Park Ave. Realty Inc.**

## CURRENT INTERIM FEE PERIOD
June 2, 2017 - November 5, 2018

| (1) Applicant | (2) Date/Document No. Of Applicant | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Ortiz & Ortiz, LLP** Counsel to the Debtor | 11/19/2018 Doc #44 | $18,872.50 | $15,098.00 (20% of Fees Held Back) | $15,098.00 | Not Applicable | $15,098.00 | $1,747.00 | $1,747.00 |

Date On Which Order Was Signed: 12/18/2018                    INITIALS: SHL USBJ