# Ortiz & Ortiz, L.L.P.

**Attorneys at Law**
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz *(1931 to 2016)*
Norma E. Ortiz*

—————

Kay Uswatte, Of Counsel*
 * (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

April 18, 2019

**VIA ECF**
Hon. Sean H. Lane
One Bowling Green
New York, NY 10004

Re:    **1018 MORRIS PARK AVE. REALTY INC.**
    **Case No. 17-11524-shl**

Dear Judge Lane:

Your Honor directed the Debtor to retain tax counsel no later than today.  It retained Meister Seelig & Fein LLP this week.

I provided a sample Declaration to the partner responsible for the engagement, Robert G. Goldberg.  I explained to Mr. Goldberg that the application was due today, and asked that he assist in completing the Declaration so that I could submit an application for retention to the U.S. Trustee as soon as possible.

For these reasons, I request that the Court provide the Debtor until next week to file the application.

Thank you for your assistance.

Very truly yours,

*/s/ Norma E. Ortiz*

Norma E. Ortiz

cc: Richard Morrissey, Esq.