UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: 1018 Morris Park Ave Realty, Inc. | CASE NO: 17-11524<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |
|---|---|

On 9/1/2020, I did cause a copy of the following documents, described below,

Motion to Dismiss

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/1/2020

/s/ Norma Ortiz
Norma Ortiz  2206530
Ortiz & Ortiz, LLP
35-10 Broadway, Suite 202
Astoria, NY  11106
718 522 1117

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: 1018 Morris Park Ave Realty, Inc. | CASE NO: 17-11524 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 9/1/2020, a copy of the following documents, described below,

Motion to Dismiss

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/1/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Norma Ortiz
Ortiz & Ortiz, LLP
35-10 Broadway, Suite 202
Astoria, NY  11106

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                          APRILHARVINC/OBURNS&HARRIS         INTERNAL REVENUE SERVICE
1018 MORRIS PARK AVE REALTY INC.   233BROADWAY-STE.900                CENTRALIZED INSOLVENCY OP.
CASE#17-11524                      NEW YORK NY 10279                  POST OFFICE BOX 7346
                                                                      PHILADELPHIA PA 19101




MIGUELGARCIA                       MPGRETTY REALTY LLC                NEW YORK STATE DEPT OF TAX.
C/O MPGRETTY REALTY LLC            C/O KIDONAKIS & CORONA PLLC        BANKRUPTCY SECTION
1018MORRIS PARK AVE                1350 AVE OF THE AMERICAS 4TH FL.   PO BOX 4137
BRONX NY 10462                     NEW YORK NY 10019                  BINGHAMTON NY 13902




NYC DEPARTMENT OF FINANCE
BANKRUPTCY UNIT
59 MAIDEN LANE STREET
NEW YORK NY 10038
```